GLASGOW ENTERPRISES, Appellant,

v.

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, et al., Respondents.

No. ED 94385.

Missouri Court of Appeals, Eastern District, Division Two.

Sept. 21, 2010.

Rehearing Denied Oct. 26, 2010.

---

3. Respondent's Motion to Dismiss is granted, for the reasons stated in this opinion only.

Daniel F. Wagner, Jr., Clayton, MO, for Appellant.

Roger W. Pecha, Kenneth L. Coyne, Saint Louis, MO, for Respondents.

Before GLENN A. NORTON, P.J., KATHIANNE KNAUP CRANE, J. and GEORGE W. DRAPER III, J.

## ORDER

PER CURIAM.

Glasgow Enterprises appeals the grant of summary judgment in favor of Old Republic National Title Insurance Company and Old Republic Title Insurance Company on all counts asserted in Glasgow's first amended petition. No error of law appears. An extended opinion would have no precedential value. We have, however, provided the parties with a memorandum setting forth the reasons for our decision. We affirm the judgment under Rule 84.16(b).